Samuel P. Ferree, trading as the Street Railway Advertising Company, Appellant, v. Wyckoff et al.

Argued March 25, 1895.   Appeal, No. 180, July T., 1894, by Samuel P. Ferree from judgment of C. P. No. 2, Phila. Co:, March T., 1894, No. 169, on verdict against him.   Before STERRETT, C. J., McCOLLUM, MITCHELL, DEAN and FELL, JJ. Reversed, with venire facias de novo.

Assumpsit on written contract.

OPINION BY MR. JUSTICE FELL, May 20, 1895:
This action was to recover an amount claimed for advertising under the same contract which was the basis of the suit in Wyckoff, Seamans and Benedict v. Ferree, No. 179 of July T., 1894, (168 Pa. 261,) in which the opinion of the court has been filed.   The cases were tried together in the common pleas and argued together in this court.   For the reasons stated in the opinion filed the judgment in this case is reversed with a venire facias de novo.